**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

Bethzaida Rosado,                                          Chapter 13

                      Debtor                          Case No.22-11800-djb


**PRAECIPE TO AMEND ADDRESS**


**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.


**Old Address**:                              **New Address**:

207 W. Albanus Street                    4 Redwood Track Run
Philadelphia, PA 19120                   Ocala, FL 34472




Date:  August 25, 2025                    CIBIK LAW, P.C.
                                          Attorney for Debtor



                                          By: /s/ Michael A. Cibik_____
                                              Michael A. Cibik, Esquire
                                              Attorney I.D. 23110
                                              1500 Walnut Street, Suite 900
                                              Philadelphia, PA 19102
                                              P: 215-735-1060/F: 215-735-6769
                                              E:  cibik@cibiklaw.com