Certificate Number: 16339-PAE-DE-040044835

Bankruptcy Case Number: 22-11800



16339-PAE-DE-040044835

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2025, at 3:43 o'clock PM EDT, Bethzaida Rosado completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 2, 2025               By:   /s/Kelley Tipton

                                        Name: Kelley Tipton

                                        Title: Certified Financial Counselor